JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK P. OSTER,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Lead Case No. 8:24-CV-1818-SK<br>Consolidated with No. 8:24-CV-2359-SK<br><br>**JUDGMENT** |

      In accordance with the Order Granting Motion to Dismiss First 28 U.S.C. § 2241 Petition; Dismissing Second § 2241 Petition; and Denying Pending Motions as Moot, IT IS ADJUDGED that the consolidated habeas actions are DISMISSED.

DATED: January 21, 2025

STEVE KIM
United States Magistrate Judge